(No. 75-CV-13— )

HENRY E. GREGG, SR., on behalf of HENRY E. GREGG, JR., Deceased, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed June 2, 1975.*

HENRY E. GREGG, SR., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PER CURIAM.

This claim arises out of a criminal offense that occurred on March 22, 1974, in the area of 1919 South 4th Street, Rockford, Illinois, 61108. Henry Gregg, Sr., father of the deceased victim, seeks payment of compensation pursuant to the provisions of the "Crime Victims Compensation Act," *Ill. Rev. Stat., 1973, Ch. 70, §71, et seq.* (hereafter referred to as the "Act").

This Court has carefully considered the application

for benefits submitted on the form prescribed and furnished by the Court, and a report of the Attorney General of the State of Illinois which substantiates matters set forth in the application. Based upon these documents and other evidence submitted before the Court, the Court finds:

1. That the claimant's deceased son, Henry Gregg, Jr., age 17, was a victim of a violent crime, as defined in §2(c) of the Act, to wit:

"Murder, (*Ill. Rev. Stat., 1973, Ch. 38, §9-1*).

2. That on March 22, 1974, the claimant's son pursued an armed man who had just robbed the son's place of employment and that the son was shot in the area of 1919 South 4th Street, upon catching up with the robber.

3. That there is no evidence of any provocation by the decedent for the attack upon him.

4. That the victim died on March 22, 1974, as a result of the wound he received in the shooting of March 22, 1974. A further and more detailed summary of the facts and information considered by the court is contained in the Investigatory Report prepared by the Attorney General. A copy of said report is retained in the court's file in this matter and the facts as reported therein are incorporated in this opinion by reference.

5. That the assailant, William Brown, 834 North Winnebago, Rockford, Illinois 61108, has been convicted of Armed Robbery and Murder.

6. That the victim and his assailant were not related nor sharing the same household.

7. That the criminal offense was reported promptly to law enforcement officials and claimant has fully co-

operated with their requests for assistance in the investigation and prosecution of this case.

8. That the claimant incurred funeral expenses for the victim which were not covered by insurance and the gross amount of pecuniary loss for this expense as computed before deductions and setoffs is as follows:

Julian-Poorman Funeral Home
304 North 5th Street
Rockford, Illinois 61107

| | |
|---|---|
| Personal & Staff Service | $ 375.00 |
| Facilities & Equipment | 350.00 |
| Casket | 698.00 |
| Interment Receptacle | 398.00 |
| Cemetery (Including both purchase of cemetery plot and burial costs) | 440.00 |
| Obituary Notice | 12.00 |
| Certified copies | 2.00 |
| Minister | 20.00 |
| Vocalist | 10.00 |
| Tax | 55.00 |
| | $2,360.00 |

9. That, in determining the amount of compensation to which an applicant is entitled, §7(d) of the Act states that this Court—

"shall deduct $200 plus the amount of benefits, payments or awards, payable under the 'Workmen's Compensation Act,' or from local governmental, State or Federal funds, or from any other source (except annuities, pension plans, Federal social security benefits, and the net proceeds of the first ($25,000) Twenty-five Thousand Dollars of life insurance that would inure to the benefit of the applicant . . .)."

That, in the claim before us, the victim was not eligible for any Workmen's Compensation benefits. The claimant received $4,000 in life insurance and Social Security benefits, but that, pursuant to the above section of the Act, these benefits are not subtracted from any eventual award made by the Court. Thus, the statutory deduction of $200, having been deducted from the gross

amount of loss as calculated in ¶8, leaves an amount of compensable loss sustained by the claimant of $2,160.00.

It Is Hereby Ordered that the sum of $2,160.00 be awarded to the claimant, Henry Gregg, Sr., as the father of Henry Gregg, Jr., the deceased victim of a violent crime.